United States Courts
Southern District of Texas
FILED
*July 19, 2023*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. **4:23-cr-00313** |
| v. § | |
| § | |
| MIGUEL ANGEL GONZALEZ § | |
| CRISTIAN HERNANDEZ § | |
| BRIAN MARTINEZ, § | |
| Defendants § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about March 17, 2023, in the Southern District of Texas, Defendants

**MIGUEL ANGEL GONZALEZ
CRISTIAN HERNANDEZ
BRIAN MARTINEZ**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, a person who was alien who had come to, entered, and remained in the United States in violation of law, with knowledge and reckless disregard of the fact that said person was an alien who was inside of the United States in violation of law, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY: _____
John M. Lewis
Assistant United States Attorney